FILED
CLERK, U.S. DISTRICT COURT

SEP 2 4 2015

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION        BY DEPUTY

1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,       )   Case No.: ED15MJ00370
                                     )
12                 Plaintiff,        )   ORDER OF DETENTION PENDING
                                     )   FURTHER REVOCATION
13           v.                      )   PROCEEDINGS
                                     )   (FED. R. CRIM. P. 32.1(a)(6); 18
14   Mary Helen Hernandez            )   U.S.C. § 3143(a)(1))
                                     )
                   Defendant.        )
15   _____)

16          The defendant having been arrested in this District pursuant to a warrant

17   issued by the United States District Court for the ___Southern___ District of

18   __California__ for alleged violation(s) of the terms and conditions of probation

19   or supervised release; and

20          Having conducted a detention hearing pursuant to Federal Rule of Criminal

21   Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

22   A.   (X)   The defendant has not met his/her burden of establishing by clear and

23               convincing evidence that he/she is not likely to flee if released under 18

24               U.S.C. § 3142(b) or (c).  This finding is based on the following:

25               (X)   information in the Pretrial Services Report and Recommendation

26               (X)   information in the violation petition and report(s)

27               (X)   the defendant's nonobjection to detention at this time

28               ( )   other: _____

                                        1

1      and/ or

2  B. (X)  The defendant has not met his/her burden of establishing by clear and

3      convincing evidence that he/she is not likely to pose a danger to the

4      safety of any other person or the community if released under 18 U.S.C.

5      § 3142(b) or (c).  This finding is based on the following:

6      (X)   information in the Pretrial Services Report and Recommendation

7      (X)   information in the violation petition and report(s)

8      (X)   the defendant's nonobjection to detention at this time

9      ( )   other: _____

10

11  IT THEREFORE IS ORDERED that the defendant be detained pending the further

12  revocation proceedings.

13

14  Dated: September 24, 2015       _____

15                       SHERI PYM
                          United States Magistrate Judge

16

17

18

19

20

21

22

23

24

25

26

27

28